PIETRO CIMINO, *Appellant* v. N. D. SMITH AND J. W.
LESTER, PARTNERS DOING BUSINESS UNDER THE FIRM
NAME AND STYLE OF CONCRETE CONSTRUCTION COM-
PANY, *Appellees.*

### EQUITY PRACTICE—DECREE ON FACTS.

When on an appeal in an equity case no questions of law are pre-
sented, and the propriety of the decree appealed from is de-
pendent solely upon the facts in proof, such decree will be af-
firmed when it appears from a consideration of all the proofs
that such decree has done substantial justice and equity be-
tween the parties.

This case was decided by Division B:

Appeal from the Circuit Court for Hillsborough
county.

The facts in the case are stated in the opinion of the
court.

*Robt. McNamee* and *Hilton S. Hampton,* for appel-
lant.

*M. B. Macfarlane* and *K. I. McKay,* for appellees.

TAYLOR, J.—The appellees as complainants below filed
their bill in equity in the Circuit Court of Hillsborough
county against the appellant as defendant below to fore-
close a builder's lien for the erection of an artificial
stone building in the city of West Tampa claiming in
said bill a balance unpaid of $1,010. The defendant
answered the bill admitting all of its allegations except
that it denied that the complainants had constructed his
building according to the contract between them or in a

workmanlike manner, and denied that any sum was due the complainants thereon by reason of the defective work bestowed on said building, and alleged that by reason of the poor and defective workmanship by the complainants on said building and the inadequate foundations placed thereunder by them, and the poor and defective material used in its construction that said building was practically worthless, and that defendant had been damaged thereby to a larger amount than any balance due by him on his contract for its erection.   The cause was referred to a master to take and report the testimony, who took and reported a large amount of evidence, and upon the final hearing on bill, answer and the evidence reported the chancellor rendered a final decree in favor of the complainants for the sum of $982.35 with interest thereon from the filing of the bill besides the sum of $88.50 for complainants' attorney fees, and the further sum of $169.48 for costs.   For review of this decree and a subsequent order denying a petition for rehearing the defendant below has brought the case here by appeal.

No questions of law are presented, and the propriety of the decree appealed from is dependent entirely upon the facts in proof. There is a large volume of evidence submitted in the cause, and there is much conflict therein, but as no useful purpose can be subserved by the statement of even a synopsis thereof, it is sufficient for us to say that we have carefuly considered all of it *pro* and *con,* and have come to the conclusion that the chancellor below in the decree appealed from has done substantial justice and equity between the parties, and the said decree is, therefore, hereby affirmed at the cost of the appellant. For the same reasons there was no error in the denial of the petition for rehearing.

HOCKER and PARKHILL, JJ., concur;

WHITFIELD, C. J., and SHACKLEFORD and COCKRELL, JJ., concur in the opinion.